Diane Romaniuk - 0341649 IL (Admitted Pro Hac Vice)
Camille M. Arnold - A2505907 NY (Admitted Pro Hac Vice)
David Terrell - 6196293 IL (Admitted Pro Hac Vice)
Attorneys for the Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois 60661
(312) 596-0524 (Arnold)
(312) 596-0541 (Romaniuk)
(312) 596-0539 (Terrell)

dromaniuk@cftc.gov
carnold@cftc.gov
dterrell@cftc.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>Tallinex, a/k/a Tallinex, Ltd., and General Trader Fulfillment,<br><br>　　　Defendants. | **STIPULATION TO ENTER CONSENT ORDER OF PERMANENT INJUNCTION, CIVIL MONETARY PENALTY AND OTHER EQUITABLE RELIEF AGAINST DEFENDANT GENERAL TRADER FULFILLMENT**<br><br>Case No. 2:17 cv 00483<br><br>The Honorable David Nuffer |

**IT IS HEREBY STIPULATED** by and between Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") and Defendant General Trader Fulfillment (collectively the "Parties"), through their designated attorneys of record, that they have reached a settlement in this litigation as set forth in the attached Consent Order of Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief against Defendant General Trader Fulfillment

1

("Consent Order") (attached as Exhibit 1), which both parties have signed, and now request that this Court enter. In support of this Stipulation, the parties state the following:

1. The CFTC Division of Enforcement ("Division") attorneys and Defendant General Trader Fulfillment reached an agreement to settle this litigation and entered into a Consent Order. The Commission has approved the settlement and the parties have executed the Consent Order. Accordingly, the Parties request that this Court approve and enter the Consent Order disposing of all issues in this matter between the parties.

2. The Consent Order is attached hereto as Exhibit 1.

Dated: June 25, 2018

Respectfully submitted,

**/s/ Diane M. Romaniuk**

Diane M. Romaniuk
Illinois ARDC No. 0341649 (admitted Pro Hac Vice)
Attorney for Plaintiff Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, IL 60661
(312) 596-0541
dromaniuk@cftc.gov


**/s/ Erik A. Christiansen**
**/s/ Zack L. Winzeler**
Erik A. Christiansen
Zack L. Winzeler
Attorneys for Defendant General Trader Fulfillment
Parsons Behle & Latimer
201 Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 532-1234
EChristiansen@parsonsbehle.com
ZWinzeler@parsonsbehle.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney with the Commodity Futures Trading Commission, certifies that she filed the below motion electronically on June 25, 2018, with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to counsel of record for all of the parties:

**Stipulation to Enter Consent Order of Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief against Defendant General Trader Fulfillment**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**/s/ Diane M. Romaniuk**
Attorney for Plaintiff
Commodity Futures Trading Commission
525 W. Monroe St., Suite 1100
Chicago, IL 60661
(312) 596-0541
dromaniuk@cftc.gov