Camille M. Arnold - A2505907 NY (Admitted Pro Hac Vice)
Diane Romaniuk - 0341649 IL (Admitted Pro Hac Vice)
David Terrell - 6196293 IL (Admitted Pro Hac Vice)
Attorneys for the Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois 60661
(312) 596-0524 (Arnold)
(312) 596-0541 (Romaniuk)
(312) 596-0539 (Terrell)

carnold@cftc.gov
dromaniuk@cftc.gov
dterrell@cftc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| United States Commodity Futures Trading Commission,<br>            Plaintiff,<br><br>                        v.<br><br>Tallinex a/k/a Tallinex, Ltd. and General Trader Fulfillment,<br><br>            Defendants. | **PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S FIRST STATUS REPORT TO THE COURT**<br><br>Case No. 2:17 cv 00483<br><br>The Honorable David Nuffer |
|---|---|

Pursuant to the Court's Order of June 27, 2018, Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") hereby files its First Status Report with the Court.

**Background**

On May 30, 2017, Plaintiff Commission filed a Complaint for Permanent Injunction, Civil Monetary Penalties and Other Ancillary and Equitable Relief ("Complaint") against Defendant Tallinex a/k/a Tallinex Ltd. ("Tallinex"), an Estonian company doing business in St. Vincent and the Grenadines, and Defendant General Trader Fulfillment ("GTF"), a Utah

corporation, for violating the Commodity Exchange Act, as amended, 7 U.S.C. § 1 *et. seq.* (2012) ("Act"), and Commission Regulations promulgated thereunder.

**Defendant GTF**

2. Defendant GTF filed an Answer on June 26, 2017, and after engaging in discovery, Plaintiff Commission and Defendant GTF settled the matter pursuant to a Consent Order of Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief, which the Court entered on June 26, 2018. *[Docket No. 28]*.

**Defendant Tallinex**

3. Tallinex did not file an Answer to Plaintiff's Complaint, and on April 23, 2018, the Court granted Plaintiff's Fed.R.Civ.P 55(a) Motion for Entry Clerk's Default.

4. Plaintiff intends to file a Motion and Memoranda For Entry of Default Judgment Against Defendant Tallinex ("Motion and Memoranda") pursuant to Fed.R.Civ.P. 55(b)(2), that details Defendant Tallinex's serious violations of the Act and Commission Regulations, and requests relief in the form of a permanent injunction, equitable relief in the form of restitution to customers, and civil monetary penalties, each of which are authorized by the Act.

5. Because Defendant Tallinex's conduct involved violations of four counts of the Act and Commission Regulations, including fraud and unregistered activity, and the Commission's requested relief requires a discussion of the legal basis in support thereof, Plaintiff Commission will need in excess of the ten-page limit for memoranda prescribed by District of Utah Local Rule 7(e).

6. Plaintiff therefore expects to file a Motion for Leave to File Brief in Excess of Page Limit on or before Monday, July 2, 2018.

7.        Pending the Court's grant of leave to file its Motion and Memoranda, Plaintiff Commission expects to file it with the Court on or before Monday, July 9, 2018.

8.        Plaintiff Commission's Motion and Memoranda for Default Judgment, if granted, would resolve all issues as to Defendant Tallinex, and because Tallinex is the only remaining defendant in the case, would conclude this matter in its entirety.

Date  <u>June 29, 2018</u>                              Respectfully submitted,

<u>*/s/ Camille M. Arnold*</u>
Camille M. Arnold
312- 596-0524 (ph)
312-596-0714 (fax)
carnold@cftc.gov

One of the Attorneys for the
U.S. Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois 60661

David Terrell
312- 596-0524 (ph)
312-596-0714 (fax)
dterrell@cftc.gov

Diane Romaniuk
312- 596-0541 (ph)
312-596-0714 (fax)
dromaniuk@cftc.gov

Camille M. Arnold - A2505907 NY (Admitted Po Hac Vice)
One of the Attorneys for the Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois 60661
(312) 596-0524 (Arnold)
carnold@cftc.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| United States Commodity Futures Trading Commission,<br><br>  Plaintiff,<br><br>      v.<br><br>Tallinex a/k/a Tallinex, Ltd. and General Trader Fulfillment,<br><br>  Defendants. | **PLAINTIFF COMMODITY FUTURES TRADING COMMISSION's CERTIFICATE OF SERVICE FOR FIRST STATUS REPORT**<br><br>Case No. 2:17 cv 00483<br><br>District Judge David Nuffer |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2018, I served the following via electronic:

**PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S FIRST STATUS REPORT TO THE COURT**

Erik A. Christiansen (U.S. Certified Mail)
Parsons Belle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111

and served the same via certified mail, postage prepaid to

Tallinex a/k/a Tallinex Limited (International Certified Mail)
c/o The Jaycees Building Stoney Ground
P.O. Box 362
Kingstown, VC0100
St. Vincent and The Grenadines

Dated: June 29, 2018             Respectfully submitted,

                        */s/ Camille Arnold*
                         Camille M. Arnold